585 A.2d 340
STATE OF NEW JERSEY v. THOMAS WANDS, JR.

July 10, 1990.

Petition for certification denied.

585 A.2d 341
STATE OF NEW JERSEY v. D.R.

July 10, 1990.

Petition for certification denied.

585 A.2d 341
STATE OF NEW JERSEY v. JOHNNY ABREUS.

July 10, 1990.

Petition for certification denied.

585 A.2d 341
STATE OF NEW JERSEY v. JAMAL WORSLEY.

July 10, 1990.

Petition for certification denied.

585 A.2d 341
STATE OF NEW JERSEY v. GLENROY ALFONSO DEER.

July 10, 1990.

Petition for certification denied.